IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-01257-     AP

JAMES TYRONE CARTER,

    Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1.     APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:
Michael W. Seckar
402 W. 12th Street
Pueblo, CO 81003
719-543-8636
719-543-8403 (facsimile)
seckarlaw@mindspring.com

For Defendant:
John F. Walsh
United States Attorney

J. Benedict García
Assistant United States Attorney
United States Attorney's Office
J.B.Garcia@usdoj.gov

Allan D. Berger
Special Assistant United States Attorney
Denver, Colorado 80202
303-844-2149
303-844-0770 (facsimile)
Allan.berger@ssa.gov

- 1 -

2.  **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

3.  **DATES OF FILING OF RELEVANT PLEADINGS**

    A.  **Date Complaint Was Filed: May 13, 2013**

    B.  **Date Complaint Was Served on U.S. Attorney's Office: July 12, 2013**

    C.  **Date Answer and Administrative Record Were Filed: September 9, 2013**

4.  **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of his knowledge, Plaintiff states that the record is complete and accurate.

To the best of his knowledge, Defendant states that the record is complete and accurate.

5.  **STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

6.  **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

7.  **OTHER MATTERS**

The parties state that there are no other matters.

8. **BRIEFING SCHEDULE**

    A. Plaintiff's Opening Brief Due: November 8, 2013

    B. Defendant's Response Brief Due: December 9, 2013

    C. Plaintiff's Reply Brief (If Any) Due: December 27, 2013
(normally Plaintiff's reply brief would be due 15 days after Defendant's response brief, however the 15th day would be December 24, Christmas Eve. Consequently, the parties ask that the Court allow Plaintiff until the end of that week to file his reply brief).

9. **STATEMENTS REGARDING ORAL ARGUMENT**

    A. Plaintiff's Statement: Plaintiff does not request oral argument.

    B. Defendant's Statement: Defendant does not request oral argument.

10. **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*<u>Indicate below the parties' consent choice</u>*.

    A. ( )    All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

    B. ( X )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

11. **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.**

DATED this 1st day of October, 2013.

BY THE COURT:

s/ John L. Kane
U.S. DISTRICT COURT JUDGE

APPROVED:

UNITED STATES ATTORNEY

John F. Walsh
United States Attorney

s/ Michael Seckar
402 W. 12th Street
Pueblo, CO 81003
719-473-1515
719-543-8403 (facsimile)
seckarlaw@mindspring.com
Attorney for Plaintiff

By: s/Allan D. Berger
Special Assistant U.S. Attorney
1001 17th Street
Denver, CO 80202
303-844-2149
303-844-0770 (facsimile)
Allan.berger@ssa.gov
Attorneys for Defendant