# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01257-AP

JAMES TYRONE CARTER,

       Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,
       Defendant.
_____

## ORDER
_____

Defendant's Unopposed Motion to Remand for Further Administrative Proceedings (doc. #15), filed December 6, 2013, is GRANTED.

This civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). The Clerk is directed to enter a judgment in accordance with Fed. R. Civ. P. 58, consistent with the United States Supreme Cour"'s decision in Shalala v. Schaefer, 509 U.S. 292, 296-302 (1993).

Dated: December 6, 2013

                                                           BY THE COURT:

                                                           *s/John L. Kane*_____
                                                           John L. Kane, Senior Judge
                                                           United States District Court