IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **13-cv-1257-AP**

**JAMES TYRONE CARTER,**

        Plaintiff,

v.

**CAROLYN W. COLVIN, Acting Commissioner of Social Security,**

        Defendant.

---

## ORDER
---

Kane, J.

The Stipulated (Motion for) Fees Under the Equal Access to Justice Act, (doc. #20), filed March 3, 2014, is **GRANTED**. In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff, through counsel, reasonable attorney fees and expenses in the amount of **$2,793.75**.

Dated at Denver, Colorado, this 5th day of March, 2014.

                      BY THE COURT:

                      *S/John L. Kane*
                      JOHN L. KANE, SENIOR JUDGE
                      UNITED STATES DISTRICT COURT